| CO. | FILE | DEPT. | CLOCK | VCHR. | |
|---|---|---|---|---|---|
| WC6 | 828286 | | 526 | 0000255657 | 1 |

5657-0001

# H&M

H&M, HENNES & MAURITZ, L.P.
300 LIGHTING WAY, SUITE 100
SECAUCUS, NJ 07094
201-428-2133

**Earnings Statement** ADP

Period Beginning: 06/02/2019
Period Ending: 06/15/2019
Pay Date: 06/21/2019

Taxable Marital Status: Single
Exemptions/Allowances:
 Federal: 9
 NJ: 5, Table A

DONNA O RISMAY
802 LONGACRE BLVD
YEADON PA 19050

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 34.4760 | 65.85 | 2,270.24 | 32,297.12 |
| Ot 1.5X | 51.7140 | .50 | 25.86 | 595.75 |
| Wellness | 34.4760 | 16.00 | 551.62 | 551.62 |
| Adj Overtime | | | | 202.72 |
| Adj Regular | | | | 270.98 |
| Adj Wellness | | | | 241.33 |
| Holiday | | | | 1,103.24 |
| Monthly Bonu | | | | 620.58 |
| Otrecalc Bonus | | | | 2.61 |
| Taxable Frng | | | | 26.00 |
| Vac Carry Ovr | | | | 1,379.04 |
| Vacation | | | | 551.62 |
| **Gross Pay** | | | **$2,847.72** | 37,842.61 |

| Other | this period | year to date |
|---|---|---|
| 401(K) Saving | -28.47* | 934.54 |
| Taxable Frng | | 26.00 |
| **Net Pay** | **$2,309.81** | |
| Checking 3 | -2,309.81 | |
| **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $2,751.50
Your PA taxable wages this period are $2,779.97

| Deductions | Statutory | | | |
|---|---|---|---|---|
| | Federal Income Tax | -130.73 | 2,261.58 | |
| | Social Security Tax | -172.45 | 2,292.86 | |
| | Medicare Tax | -40.33 | 536.23 | |
| | PA State Income Tax | -85.35 | 1,134.74 | |
| | NJ SUI/SDI Tax | | 173.72 | |
| Other | | | | |
| | Child Life | -0.43 | 5.59 | |
| | Ltd Post Tax | -4.05 | 52.65 | |
| | Pretax Dental | -2.51* | 32.63 | |
| | Pretax Medica | -40.98* | 532.74 | |
| | Suppl Life | -8.35 | 108.55 | |
| | Vol Accdnt Ins | -24.26* | 315.38 | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Er 401(K) Match | 28.47 | 702.97 |
| Gtl | 1.52 | 19.76 |
| Tot Work Hours | 82.35 | |
| Worked Hours | 66.35 | 960.10 |
| Bonus Ot Hours | | 2.40 |

EMPLOYEE ID



H&M, HENNES & MAURITZ, L.P.
300 LIGHTING WAY, SUITE 100
SECAUCUS, NJ 07094

Advice number: 00000255657
Pay date: 06/21/2019

Deposited to the account of
DONNA O RISMAY

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx | xxxx xxxx | $2,309.81 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

'ay Statements - Document View

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| WC6 | 828286 | | 526 | 0000239104 | 1 |

9104-0001

**Earnings Statement** 

H&M, HENNES & MAURITZ, L.P.
300 LIGHTING WAY, SUITE 100
SECAUCUS, NJ 07094
201-428-2133

Period Beginning:  05/19/2019
Period Ending:     06/01/2019
Pay Date:          06/07/2019

Taxable Marital Status:  Single
Exemptions/Allowances:
  Federal:  9
  NJ:       5,Table A

DONNA O RISMAY
802 LONGACRE BLVD
YEADON PA 19050

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 34.4760 | 74.60 | 2,571.91 | 30,026.88 |
| Ot 1.5X | 51.7140 | 1.32 | 68.26 | 569.89 |
| Holiday | 34.4760 | 8.00 | 275.81 | 1,103.24 |
| Adj Overtime | | | | 202.72 |
| Adj Regular | | | | 270.98 |
| Adj Wellness | | | | 241.33 |
| Monthly Bonu | | | | 206.86 |
| Otrecalc Bonus | | | | 0.12 |
| Taxable Frng | | | | 26.00 |
| Vac Carry Ovr | | | | 1,379.04 |
| Vacation | | | | 551.62 |
| **Gross Pay** | | | **$2,915.98** | 34,578.68 |

| Other | this period | year to date |
|---|---|---|
| Taxable Frng | | 26.00 |
| **Net Pay** | **$2,347.36** | |
| Checking 3 | -2,347.36 | |
| **Net Check** | **$0.00** | |

* Excluded from federal taxable wages

Your federal taxable wages this period are $2,819.07
Your PA taxable wages this period are $2,848.23

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -138.84 | 2,040.44 |
| | Social Security Tax | -176.68 | 2,094.60 |
| | Medicare Tax | -41.32 | 489.87 |
| | PA State Income Tax | -87.44 | 1,036.61 |
| | NJ SUI/SDI Tax | -14.60 | 173.15 |
| **Other** | | | |
| | Child Life | -0.43 | 5.16 |
| | Ltd Post Tax | -4.05 | 48.60 |
| | Pretax Dental | -2.51* | 30.12 |
| | Pretax Medica | -40.98* | 491.76 |
| | Suppl Life | -8.35 | 100.20 |
| | Vol Accdnt Ins | -24.26* | 291.12 |
| | 401(K) Saving | -29.16* | 901.91 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Bonus Ot Hours | 2.20 | 2.40 |
| Er 401(K) Match | 29.16 | 670.34 |
| Gtl | 1.52 | 18.24 |
| Tot Work Hours | 83.92 | |
| Worked Hours | 75.92 | 893.75 |
| EMPLOYEE ID | | |

© 2000 ADP, LLC



H&M, HENNES & MAURITZ, L.P.
300 LIGHTING WAY, SUITE 100
SECAUCUS, NJ 07094

Advice number:  00000239104
Pay date:       06/07/2019

Deposited to the account of
DONNA O RISMAY

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxx | xxxx xxxx | $2,347.36 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# H&M

**H&M, HENNES & MAURITZ, L.P.**
300 LIGHTING WAY, SUITE 100
SECAUCUS, NJ 07094
201-428-2133

**Earnings Statement**

| | |
|---|---|
| Period Beginning: | 05/05/2019 |
| Period Ending: | 05/18/2019 |
| Pay Date: | 05/24/2019 |

Taxable Marital Status:  Single
Exemptions/Allowances:
  Federal: 9
  NJ: 5, Table A

**DONNA O RISMAY**
802 LONGACRE BLVD
YEADON PA 19050

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 34.4760 | 80.00 | 2,758.08 | 27,454.97 |
| Ot 1.5X | 51.7140 | 6.68 | 345.45 | 501.63 |
| Adj Overtime | | | | 202.72 |
| Adj Regular | | | | 270.98 |
| Adj Wellness | | | | 241.33 |
| Holiday | | | | 827.43 |
| Monthly Bonu | | | | 206.86 |
| Otrecalc Bonus | | | | 0.12 |
| Taxable Frng | | | | 26.00 |
| Vac Carry Ovr | | | | 1,379.04 |
| Vacation | | | | 551.62 |
| **Gross Pay** | | | **$3,103.53** | 31,662.70 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -161.12 | 1,901.60 |
| | Social Security Tax | -188.31 | 1,917.92 |
| | Medicare Tax | -44.05 | 448.55 |
| | PA State Income Tax | -93.20 | 949.17 |
| | NJ SUI/SDI Tax | -15.55 | 158.55 |
| | Other | | |
| | Child Life | -0.43 | 4.73 |
| | Ltd Post Tax | -4.05 | 44.55 |
| | Pretax Dental | -2.51* | 27.61 |
| | Pretax Medica | -40.98* | 450.78 |
| | Suppl Life | -8.35 | 91.85 |
| | Vol Accdnt Ins | -24.26* | 266.86 |
| | 401(K) Saving | -31.04* | 872.75 |

| Other | this period | |
|---|---|---|
| Taxable Frng | | |
| **Net Pay** | **$2,489.68** | |
| Checking 3 | -2,489.68 | |
| **Net Check** | **$0.00** | |

* Excluded from federal taxable wages

Your federal taxable wages this period are $3,004.74
Your PA taxable wages this period are $3,035.78

| Other Benefits and Information | this period | total |
|---|---|---|
| Er 401(K) Match | 31.04 | |
| Gtl | 1.52 | |
| Tot Work Hours | 86.68 | |
| Worked Hours | 86.68 | |
| Bonus Ot Hours | | |

EMPLOYEE ID

---

# H&M

**H&M, HENNES & MAURITZ, L.P.**
300 LIGHTING WAY, SUITE 100
SECAUCUS, NJ 07094

Advice number: 00000215789
Pay date: 05/24/2019

Deposited to the account of
**DONNA O RISMAY**

account number   transit ABA
XXXXXXXXX        XXXX XXXX

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

**Pay Date** : 05/10/2019 **Check Number** : 0000199229 **Gross Pay** $ 2,818.59

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| WC6 | 828286 | | 526 | 0000199229 | 1 |

9229-0001

H&M, HENNES & MAURITZ, L.P.
300 LIGHTING WAY, SUITE 100
SECAUCUS, NJ 07094
201-428-2133

### Earnings Statement

**ADP**

Period Beginning:  04/21/2019
Period Ending:     05/04/2019
Pay Date:          05/10/2019

Taxable Marital Status:  Single
Exemptions/Allowances:
  Federal:  9
  NJ:       5,Table A

DONNA O RISMAY
802 LONGACRE BLVD
YEADON PA 19050

| ings | rate | hours | this period | year to date |
|---|---|---|---|---|
| ar | 34.4760 | 80.00 | 2,758.08 | 24,696.89 |
| 5X | 51.7140 | 1.17 | 60.51 | 156.18 |
| vertime | | | | 202.72 |
| egular | | | | 270.98 |
| ellness | | | | 241.33 |
| y | | | | 827.43 |
| le Frng | | | | 26.00 |
| arry Ovr | | | | 1,379.04 |
| on | | | | 551.62 |
| **Gross Pay** | | | **$2,818.59** | 28,352.19 |

| Other | this period | year to date |
|---|---|---|
| Checking 3 | -2,273.43 | |
| **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $2,722.65
Your PA taxable wages this period are $2,750.84

| ctions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -127.27 | 1,695.42 |
| | Social Security Tax | -170.64 | 1,716.77 |
| | Medicare Tax | -39.91 | 401.50 |
| | PA State Income Tax | -84.45 | 849.62 |
| | NJ SUI/SDI Tax | -14.12 | 141.96 |
| | Other | | |
| | Child Life | -0.43 | 4.30 |
| | Ltd Post Tax | -4.05 | 40.50 |
| | Pretax Dental | -2.51* | 25.10 |
| | Pretax Medica | -40.98* | 409.80 |
| | Suppl Life | -8.35 | 83.50 |
| | Vol Accdnt Ins | -24.26* | 242.60 |
| | 401(K) Saving | -28.19* | 839.64 |
| | Taxable Frng | | 26.00 |
| | **Net Pay** | **$2,273.43** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Bonus Ot Hours | 0.20 | 0.20 |
| Er 401(K) Match | 28.19 | 608.07 |
| Gtl | 1.52 | 15.20 |
| Tot Work Hours | 81.17 | |
| Worked Hours | 81.17 | 731.15 |
| EMPLOYEE ID | | |



H&M, HENNES & MAURITZ, L.P.
300 LIGHTING WAY, SUITE 100
SECAUCUS, NJ 07094

Advice number:  00000199229
Pay date:       05/10/2019

THIS IS NOT A CHECK

Deposited to the account of     account number   transit ABA   amount
DONNA O RISMAY                  xxxxxxxxx        xxxx xxxx     $2,273.43