# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                    Chapter 13

                    Bankruptcy No. 19-13369-MDC

DONNA O RISMAY

802 LONGACRE BLVD

YEADON, PA 19050-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    DONNA O RISMAY

    802 LONGACRE BLVD

    YEADON, PA 19050-

Counsel for debtor(s), by electronic notice only.

    LEWIS P HANNAH & ASSOCIATES LLC
    1420 WALNUT ST., SUITE 815

    PHILADELPHIA, PA 19102-

Date: 9/10/2019

                                          /S/ William C. Miller
                                          _____
                                          William C. Miller, Esquire
                                          Chapter 13 Standing Trustee