# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 19-13369-MDC

DONNA O RISMAY

802 LONGACRE BLVD

YEADON, PA 19050-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    DONNA O RISMAY

    802 LONGACRE BLVD

    YEADON, PA 19050-

**Counsel for debtor(s), by electronic notice only.**
    LEWIS P HANNAH & ASSOCIATES LLC
    1420 WALNUT ST., SUITE 815

    PHILADELPHIA, PA 19102-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                              /s/ William C. Miller

Date: 9/24/2019

                              _____
                              William C. Miller, Esquire
                              Chapter 13 Standing Trustee