| | |
|---|---|
| **Vaughn A. Booker, Esquire**<br>1420 Walnut Street, Suite 815<br>Philadelphia, Pennsylvania 19102<br>Telephone: (215) 545-0474<br>Facsimile: (215) 545-0656<br>Attorney I.D. No: 42312<br>vbs00001@aol.com | **Attorney for Debtor**<br>Donna O. Rismay |

In Re:   :   Chapter 13

   Donna O. Rismay

   :   BK No: 19-13369

      Debtor

   :

## WITHDRAWAL OF APPEARANCE

To the Clerk:

Kindly Withdraw my Appearance on behalf the debtor Donna O. Rismay, regarding the above-captioned matter.

By: _/s/ Lewis Hannh_

**Lewis Hannh, Esquire**
**Attorney for Debtor**

Dated: **December 23, 2019**

## ENTRY OF APPEARANCE

To the Clerk:

Kindly Enter my Appearance on behalf of the Debtor Donna R. Rismay, regarding the above-captioned matter.

By: _/s/ Vaughn A. Booker_

**Vaughn A. Booker, Esquire**
**Attorney for Debtor**

Dated: **February 21, 2020**