| | |
|---|---|
| **Vaughn A. Booker, Esquire** | **Attorney for Debtor** |
| **1420 Walnut Street, Suite 815** | **Donna O. Rismay** |
| **Philadelphia, Pennsylvania 19102** | |
| **Telephone: (215) 545-0474** | |
| **Facsimile: (215) 545-0656** | |
| **Attorney I.D. No: 42312** | |
| **vbs00001@aol.com** | |

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
|     Donna O. Rismay | | |
| | : | BK No: 19-13369 |
|         Debtor | | |
| | : | |

## CERTIFICATE OF SERVICE

  I, Vaughn A. Booker, Esquire, being duly sworn according to law deposes and says that I served a true and correct copy of the Withdrawal of Appearance and Entry of Appearance of Debtor's Counsel, on the following named parties or their Attorney of record, by regular first class U.S. Mail, postage pre-paid, on the following named parties or their Attorney of record on the date listed below:

William C. Miller, Esquire
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, Pennsylvania 19105

Kevin G. McDonald, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, Pennsylvania 19106
Attorney for Creditor
Lakeview Loan Servicing, LLC

United States Trustee
Office of the U.S. Trustee
200 Chestnut Street, Suite 5002
Philadelphia, Pennsylvania 19106

Rebecca Ann Solarz, Esquire
KML Law Group, PC
701 Market Street, Suite 5000
Philadelphia, Pennsylvania 19106
Attorney for Creditor
Quicken Loans, Inc.

Syncrhony Bank
c/o PRA Receivables Management, LLC
P.O. Box 41021
Norfolk, Virginia 23541

Donna O. Rismay
802 Longacre Blvd
Yeadon, Pennsylvania 19050
Debtor

                              **By:**

                                    **/s/ Vaughn A. Booker, Esquire**
                                    **Vaughn A. Booker, Esquire**
                                    **Attorney for Debtor**
                                    **Donna O. Rismay, Esquire**

**Dated: February 21, 20202**