**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In Re:** | : | |
| **Donna O. Rismay,** | : | **BK. No. 19-13369-MDC** |
| **Debtor** | : | **Chapter 13** |
| **Lakeview Loan Servicing, LLC** | : | |
| **Movant** | | |
| **vs.** | : | |
| **Donna O. Rismay,** | | |
| **Debtor** | : | |
| **Gerald Rismay,** | | |
| **Co-Debtor** | : | |
| **William C. Miller, Esquire** | | |
| **Trustee** | : | |

**CERTIFICATE OF SERVICE**

   I, Vaughn A. Booker, Esquire, being duly sworn according to law deposes and says that I served a true and correct copy of the Debtor's Response to the Motion for Relief of the Creditor Lakeview Loan Servicing, LLC, by regular first class mail, facsimile and/or electronic transmission on the following named parties, Trustee or their Attorney of record on the date listed below:

Rebecca Ann Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, Pennsylvania 19106
Attorney for Creditor
Lakeview Loan Servicing, LLC

William C. Miller, Esquire
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, Pennsylvania 19105

Synchrony Bank
c/o PRA Receivables Management, LLC
P.O. Box 41021
Norfolk, Virginia 23541

United States Trustee
Office of the U.S. Trustee
200 Chestnut Street, Suite 502
Philadelphia, Pennsylvania 19106

Donna O. Rismay
802 Longacre Blvd
Yeadon, Pennsylvania 19050
Debtor

**By:**

    **/s/ Vaughn A. Booker, Esquire**
    **Vaughn A. Booker, Esquire**
    **Attorney for Debtor,**
    **Donna O. Rismay**

**Dated: February 1, 2021**