# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 19-13369-MDC

DONNA O RISMAY

802 LONGACRE BLVD

YEADON, PA 19050-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

DONNA O RISMAY

802 LONGACRE BLVD

YEADON, PA 19050-

Counsel for debtor(s), by electronic notice only.

VAUGHN A. BOOKER ESQ
1420 WALNUT STREET STE 815

PHILADELPHIA, PA 19102-

Date: 5/20/2021

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee