UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Donna O Rismay
        Bankruptcy No.  19-13369-mdc
        Chapter 13

                                                     Date:   May 24, 2021


To:     WILLIAM C. MILLER, Esq.
        Chapter 13 Trustee
        P.O. Box 1229
        Philadelphia, PA 19105



### NOTICE OF INACCURATE FILING


Re:  **Proposed Order to Motion to Dismiss Case for Failure to Make Plan Payments**

The above pleading was filed in this office on **March 15, 2021.**  Please be advised that the following
document(s) filed contains a deficiency as set forth below:


- ( )     Debtor's name does not match case number listed
- ( )     Debtor's name and case number are missing
- **(X )**    Wrong PDF document attached -  **Please e-mail the corrected PDF documents.**
          **Please do no re-file**
- ( )     PDF document  not legible
- ( )     Notice of Motion/Objection
- ()      Electronic Signature missing
- ( )     Other


In order for this matter to proceed, please submit the above noted correction within fourteen (14) days
from the date of this notice.  All replies with appropriate corrections should be submitted to the e-mail
address of **Sara_roman@paeb.uscourts.gov**  . Otherwise, the matter will be referred to the Court.


                                        Timothy B. McGrath
                                        Clerk



                                        By:  /s/ Sara I. Roman
                                        Deputy Clerk