**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                        Chapter 13
DONNA O RISMAY

             Debtor           Bankruptcy No. 19-13369-MDC

# ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

_____
Honorable Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105

Debtor's Attorney:
VAUGHN A. BOOKER ESQ
1420 WALNUT STREET STE 815

PHILADELPHIA, PA 19102-

Debtor:
DONNA O RISMAY

802 LONGACRE BLVD

YEADON, PA 19050-