# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Donna O. Rismay <br>                             Debtor(s) <br><br> Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc., its successors and/or assigns <br>                             Movant <br>       vs. <br> Donna O. Rismay <br>                             Debtor(s) <br><br> William C. Miller Esq. <br>                             Trustee | CHAPTER 13 <br><br><br><br> NO. 19-13369 MDC <br><br><br> 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Motion for Relief from Stay of Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc., which was filed with the Court on or about **July 19, 2021** at document number 81.

                                            Respectfully submitted,

                                            /s/ Rebecca A. Solarz, Esq.
                                            _____

                                            Rebecca A. Solarz, Esquire
                                            KML Law Group, P.C.
                                            BNY Mellon Independence Center
                                            701 Market Street, Suite 5000
                                            Philadelphia, PA  19106
                                            Phone: (215)-627-1322

Dated:  9/28/21