**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

**Vaughn A. Booker, Esquire**             **Attorney for Debtor**
**1420 Walnut Street, Suite 815**           **Donna O. Rismay**
**Philadelphia, Pennsylvania 19102**
**Telephone: (215) 545-0474**
**Facsimile: (215) 545-0656**
**Email: vbs00001@aool.com**

---

| | | |
|---|---|---|
| **In Re:** | : | Chapter 13 |
| | : | |
| **Donna O. Rismay** | | |
|                 Debtor | : | No: 19-13369- MDC |
| **Quicken Loans, LLC Formerly Known (FKA) as Quicken Loans, Inc.** | : | |
|                 Movant | | |
|          vs. | : | |
| **Donna O. Rismay,**     Debtor | : | |
| **William C. Miller, Esquire,** | : | |
|                 Trustee | : | |

**CERTIFICATE OF SERVICE**

   I, Vaughn A. Booker, Esquire, being duly sworn according to law deposes and says that I served a true and correct of the Debtor's Response to the Motion for Relief from the Stay filed by Rocket Mortgage, LLC FKA as Quicken Loans, Inc., on the following named parties, creditors, secured, priority and unsecured or their Attorneys of record, by regular first class mail and/or facsimile, electronic transmission and on following persons and dated listed below:

Rebecca A. Solarz, Esquire
KMLLaw Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, Pennsylvania 19105
Attorney for Creditor
Rocket Mortgage, LLC FKA as
Quicken Loans, Inc.

William C. Miller, Esquire
Chapter 13 Trustee
P.O. Box 40837
Philadelphia, Pennsylvania 19107

United States Trustee
Office of U.S. Trustee
200 Chestnut Street, Suite 502
Philadelphia, Pennsylvania 19106

Donna O. Rismay
802 Longacre Boulevard
Yadon, Pennsylvania 19050
Debtor

**By:**

**/s/ Vaughn A. Booker, Esquire**
**Vaughn A. Booker, Esquire**
**Attorney for Debtor,**
**Donna O. Rismay**

**Dated: February 17, 2022**