**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| **Donna O. Rismay** | : | |
| Debtor | | No: 19-13369- MDC |
| **Lakeview Loan Servicing, LLC** | : | |
| Movant | | |
| vs. | : | |
| **Donna O. Rismay,**  Debtor | : | |
| **Gerald Rismay,**  Co-Debtor | | |
| **Kenneth E. West, Esquire,** | : | |
| Trustee | | |
| | : | |

**O R D E R**

And Now to wit, this  28th  day of       June   2022, and based upon the within Response of

the Debtor Donna Rismay to the Motion for Relief from the Automatic Stay under Section 362

(a) of the Creditor Lakeview Loan Servicing, LLC, it is Hereby Ordered and Decreed that the

Motion is Denied for the reasons stated on the record.

**By the Court:**

_Magdeline D. Coleman_
_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge