Certificate Number: 05781-PAE-DE-038036586

Bankruptcy Case Number: 19-13369



05781-PAE-DE-038036586

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 20, 2023, at 12:02 o'clock PM PST, Donna Rismay completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   December 20, 2023           By:   /s/Allison M Geving

                                    Name: Allison M Geving

                                    Title: President