United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-13369-mdc |
| Donna O Rismay | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 05, 2024 | Form ID: 138OBJ | Total Noticed: 35 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Donna O Rismay, 802 Longacre Blvd, Yeadon, PA 19050-3346 |
| 14332214 | + | Dept. of Education, Federal Loan Service, PO BOX 530210, Atlanta, GA 30353-0210 |
| 14336292 | + | Lakeview Loan Servicing LLC, C/O KEVIN G. MCDONALD, KML LAW GROUP, P.C., 701 Market St. Suite 5000, Philadelphia, PA 19106-1541 |
| 14332218 | | M & T Bank, PO BOX 1288, Buffalo, NY 14203 |
| 14332219 | + | PA Dept. of Revenue, PO BOX 280601, Harrisburg, PA 17128-0601 |
| 14332221 | + | Pen Medicine, PO BOX 824406, Philadelphia, PA 19182-4406 |
| 14332222 | + | Philadelphia Police & Fire, Credit Union, 901 Arch Street, Philadelphia, PA 19107-2404 |
| 14334947 | + | Quicken Loans Inc., C/O REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 14332224 | + | Sun East Federal Credit Union, PO BOX 2231, Aston, PA 19014-0231 |
| 14351206 | + | Sun East Federal Credit Union, 4500 Pennell Road, Aston, PA 19014-1862 |
| 14332003 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14371233 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 06 2024 00:26:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 06 2024 00:26:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14332210 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 06 2024 00:27:20 | Brand Source, PO BOX 9001006, Louisville, KY 40290-1006 |
| 14332209 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 06 2024 00:27:20 | Best Buy, PO BOX 78009, Phoenix, AZ 85062 |
| 14385988 | | Email/Text: megan.harper@phila.gov | Mar 06 2024 00:26:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14332211 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 06 2024 00:27:15 | Capital One, PO BOX 71083, Charlotte, NC 28272-1083 |
| 14351685 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 06 2024 00:26:50 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14332212 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 06 2024 00:27:19 | Citi Diamond Credit Card, PO BOX 9001037, Louisville, KY 40290-1037 |
| 14367206 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 06 2024 00:38:02 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14332213 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 06 2024 00:26:49 | Credit One, PO BOX 60500, Industry, CA 91716-0500 |

District/off: 0313-2 | User: admin | Page 2 of 3
Date Rcvd: Mar 05, 2024 | Form ID: 138OBJ | Total Noticed: 35

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14332217 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 06 2024 00:26:50 | Macy's, PO BOX 9001094, Louisville, KY 40290 |
| 14367204 | | Email/Text: bnc-quantum@quantum3group.com | Mar 06 2024 00:26:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14332215 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Mar 06 2024 00:26:00 | Genesis Credit Card, PO BOX 23039, Columbus, GA 31902-3039 |
| 14332216 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 06 2024 00:26:50 | Home Depot, PO BOX 790328, St. Louis, MD 63179-0328 |
| 14363850 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 06 2024 00:26:49 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14366976 | ^ | MEBN | Mar 06 2024 00:20:42 | Lakeview Loan Servicing LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14367859 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 06 2024 00:26:49 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14332220 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 06 2024 00:37:58 | Pay Pay Credit, PO BOX 71202, Charlotte, NC 28272-1202 |
| 14359025 | + | Email/Text: bankruptcy1@pffcu.org | Mar 06 2024 00:26:00 | Police and Fire Federal Credit Union, 3333 Street Road, Bensalem, PA 19020-2022 |
| 14355320 | | Email/Text: bnc-quantum@quantum3group.com | Mar 06 2024 00:26:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14332223 | + | Email/Text: bankruptcyteam@quickenloans.com | Mar 06 2024 00:26:00 | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 14348431 | + | Email/Text: bankruptcyteam@quickenloans.com | Mar 06 2024 00:26:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14753182 | + | Email/Text: EBN@edfinancial.com | Mar 06 2024 00:26:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 07, 2024          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 5, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 05, 2024 | Form ID: 138OBJ | Total Noticed: 35 |

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

KEVIN G. MCDONALD
    on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com

MARK A. CRONIN
    on behalf of Creditor Rocket Mortgage  LLC fka Quicken Loans, LLC Formerly Known (FKA) as Quicken Loans Inc.
    bkgroup@kmllawgroup.com

MARK A. CRONIN
    on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com

MARK A. CRONIN
    on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor Rocket Mortgage  LLC fka Quicken Loans, LLC Formerly Known (FKA) as Quicken Loans Inc.
    mfarrington@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

VAUGHN A. BOOKER
    on behalf of Debtor Donna O Rismay vbs00001@aol.com  booker.vaughnb132281@notify.bestcase.com

TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Donna O Rismay

        Debtor(s)

Case No: 19−13369−mdc

Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 3/5/24

120 − 117
Form 138OBJ